IT IS SO ORDERED:

Elizabeth C. Coombe
U.S. District Judge
Dated: July 2, 2026
Syracuse, NY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JOAN HALL,

                           Plaintiff,

          -v-                                    3:26-CV-0162-ECC-PJE

COMMISSIONER OF
SOCIAL SECURITY,

                           Defendant.

## STIPULATION FOR REMAND

**IT IS HEREBY STIPULATED AND AGREED** by and between Vernon Norwood, Special Assistant United States Attorney, for John A. Sarcone III, First Assistant United States Attorney for the Northern District of New York and Todd Blanche, Acting Attorney General, attorneys for the defendant herein, and Ida Comerford, Esq., attorney for Plaintiff, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, give further consideration of Plaintiff's residual functional capacity, take any further action necessary to complete the administrative record, and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: July 1, 2026
          Syracuse, New York

The undersigned hereby consent to the form and entry of the within order.

John A. Sarcone III                               Hiller Comerford Injury & Disability Law
First Assistant United States Attorney            Attorney for Plaintiff

By: */s/ Vernon Norwood*                          By: */s/ Ida Comerford*
   Vernon Norwood                                    Ida Comerford, Esq.
   Special Assistant U.S. Attorney                   6000 North Bailey Avenue, Suite 1a
   Program Litigation 2                              Amherst, NY 14226
   Social Security Administration                    (716) 564-3288
   Law & Policy                                      icomerford@hillercomerford.com
   Attn: Program Litigation 2
   6401 Security Boulevard
   Baltimore, MD 21235
   (212) 264-9471
   vernon.norwood@ssa.gov